UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOSEPH D. WALSH,

                                        Plaintiff,

-against-

                                        Civil Action No.
                                        1:12-cv-01440

J.B. HUNT TRANSPORT, INC.,

                                        Defendant.

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to have appeared in the above entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of these actions, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     November 29, 2013           Dated:     November 20, 2013

RAWLE & HENDERSON LLP                   COOPER ERVING & SAVAGE LLP
*Attorneys for Defendant*                           *Attorneys for Plaintiff*

_____            _____
Christina M. Rogers-Spang                   Kimberly G. Finnigan, Esq.
Rawle & Henderson LLP                        Cooper Erving & Savage LLP
14 Wall Street, 27th Floor                     39 North Pearl Street, 4th Floor
New York, New York 10005                  Albany, New York 12207
(212) 323-7080                                       (518) 449-3900

SO ORDERED:

                                                    **IT IS SO ORDERED:**

                                                     _____
                                                     **Norman A. Mordue**
                                                     **Senior U.S. District Judge**

                                                     **Dated:**   December 4, 2013
                                                                 **Syracuse, NY**